# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| David C. Johnson | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.  3:17-CV-415

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment in favor of Defendant and against Plaintiff

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Michael J. Newman _____    on a motion for

Date:    4/9/2019 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*